UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT -9 2013
Clerk, U.S. District and
Bankruptcy Courts

In the Matter of the Search of Information Associated With Facebook User ID Cristian.gutierrez.58726823 That is Stored at Premises Controlled by Facebook

Magistrate No. 13-0749
DAR

**UNDER SEAL**

**ORDER**

Upon consideration of the Application of the United States for a Search Warrant pursuant to 18 U.S.C. § 2703(a), (b)(1)(A), (c)(1)(A), it is hereby **ORDERED** that the government shall supplement its application to address the authority in support of its request, set forth in Attachment B, Section III, Subsection 2, for an order requiring "Facebook to continue to maintain the Facebook account associated with all the Facebook user IDs identified in Attachment A, in an open and active status so as not to disrupt this ongoing investigation." In the interim, said application is **DENIED WITHOUT PREJUDICE.**

It is this 9th day of October, 2013,

**SO ORDERED.**

DEBORAH A. ROBINSON
United States Magistrate Judge